# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jacob A. T., | Case No. 2:25-cv-01710-DJA |
| Plaintiff, | |
| v. | **Order** |
| Frank Bisignano, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff resides in Reno, Nevada. (ECF No. 7). Reno is located within Washoe County, which county is within the Unofficial Northern Division of this District. LR IA 1-6. Accordingly, it is hereby **ORDERED** that **this action is transferred to the Unofficial Northern Division of this District for all further proceedings.** The Clerk of Court is kindly directed to **transfer** and reopen this matter as a new action under a new docket number in the Unofficial Northern Division and to **close this case** without prejudice.

**IT IS SO ORDERED.**

DATED: October 1, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE